

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00444-CR

BREITNE WALKER                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

### FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1349267D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Breitne Walker attempts to appeal from a judgment adjudicating her guilty of aggravated assault with a deadly weapon. Not only is the notice untimely—Walker filed her notice of appeal on or about November 20, 2015, but the judgment was entered on July 2, 2015—but the certification of her right to appeal states this "is a plea-bargain case, and the defendant has NO right of

---

[1]*See* Tex. R. App. P. 47.4.

appeal." *See* Tex. R. App. P. 25.2(a)(2), 26.2(a)(1).  On November 24, 2015, we notified Walker that the appeal may be dismissed unless she or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 25.2(d), 44.3.  Walker filed a response, but it does not show grounds for continuing the appeal.  Therefore, we dismiss this appeal.  *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  January 14, 2016